James Hedman CLARK, Appellant,

v.

Tom A. MICKES, former SSD attorney; The Law Firm, formerly known as Mickes, Tueth, Kenney, Cooper, Mohan & Jackstadt; Special School District; Francis Howell School District, Appellees.

No. 06–3135.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 11, 2007.

Filed: Dec. 27, 2007.

---

James Hedman Clark, St. Louis, MO, pro se.

Jeffrey J. Kalinowski, R. Prescott Sifton, Jr., Jill A. Wieber, Blackwell & Sanders, Charles B. Jellinek, Heidi Kuns Durr Bryan & Cave St. Louis, MO, Cindy Reeds Ormsby, Crotzer & Ford, Clayton, MO, for Appellees.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

James Hedman Clark appeals the district court's[1] dismissal of his civil rights complaint. Upon de novo review, *see Reis v. Walker,* 491 F.3d 868, 870 (8th Cir.2007), we agree with the district court that Clark failed to state a claim upon which relief could be granted. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also grant appellees' motions to strike, and we deny Clark's pending motions.

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.